IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYNTHIA M. YODER** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| **WELLS FARGO BANK, N.A.,** *et al.* | : | **NO. 16-4721** |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 3rd day of October, 2016, upon consideration of Plaintiff Cynthia M. Yoder's motion to proceed *in forma pauperis* (ECF No. 1) and her *pro se* complaint, it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. For the reasons set forth in this Court's Memorandum, the complaint is **DISMISSED**, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The motions to dismiss for failure to state a claim (ECF Nos. 8 and 9) are **DENIED,** as moot.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*United States District Court Judge*